AO 91 (Rev. 11/11) Criminal Complaint

AUSAs Martinez/Kim

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.

JOSE MENDEZ-PERAZA
a/k/a Juan Matias, a/k/a Shadow

*Defendant(s)*

Case No. 2:17-mj-470

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 08/15/2017 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1326(a) | Illegal re-entry of a removed alien |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Matthew J. Salmon, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/18/17

[signature]
*Judge's signature*

City and state: Columbus, Ohio

Hon. Elizabeth P. Deavers, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT OF:**<br><br>**JOSE MENDEZ-PERAZA**<br>**a/k/a Juan Matias**<br>**a/k/a Shadow** | **CASE NO.** 2:17-mj-470 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer, Matthew J. Salmon, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than fourteen years of experience as an Immigration Officer with United States Immigration and Customs Enforcement (ICE), District Adjudications Officer with United States Citizenship and Immigration Services, and Border Patrol Agent with the United States Border Patrol. I am assigned to the Columbus, Ohio Office of Enforcement and Removals-Field Operations Unit. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the United States Border Patrol Agent Academy at the Federal Law Enforcement Training Center (FLETC) in Charleston, South Carolina.

2. During the course of investigating Jose MENDEZ-Peraza, a/k/a Juan Matias, a/k/a Shadow, I have learned the following facts:

3. Jose MENDEZ-Peraza is a citizen of El Salvador and not a citizen of the United States.

4. On or about June 25, 2004, MENDEZ-Peraza was charged with Carrying a Concealed Weapon in Columbus, Ohio. Records indicate MENDEZ-Peraza was in illegal possession of an edged weapon. MENDEZ-Peraza was arrested under the alias Juan Matias. The disposition of this case is unknown.

5. On or about July 19, 2005, MENDEZ-Peraza was arrested by ICE Officers in Columbus, Ohio. At this time, MENDEZ-Peraza was charged administratively as an inadmissible alien as described in Section 212(a)(6)(A)(i) of the Immigration and Nationality Act. ICE Officers reported that he was a member of the transnational criminal organization, La Mara

Salvatrucha, also known as MS-13, which is notated on Immigration Form I-213 (Record of Deportable/Inadmissible Alien).

6. On or about August 4, 2005, MENDEZ-Peraza was ordered removed from the United States to El Salvador by an Immigration Judge in Cleveland, Ohio. On or about August 26, 2005, MENDEZ-Peraza was physically removed from the United States to El Salvador via Hartford, Connecticut. Prior to his removal, MENDEZ-Peraza surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. MENDEZ-Peraza's removal was witnessed and signed by an Immigration Officer.

7. Between December 2015 and the present, officers with ICE/ERO, the Federal Bureau of Investigation, and the Columbus Division of Police have been conducting an investigation into MS-13. Throughout the investigation, MENDEZ-Peraza has been regularly named by sources of information as a member of MS-13. Sources of information have declared that MENDEZ-Peraza is a jumped-in MS-13 member with the Columbus, Ohio clique known as the Columbus Locos Salvatruchas (CLS).

8. On or about August 15, 2017, MENDEZ-Peraza was encountered by FBI agents in Columbus, Ohio during the execution of a judicially authorized search warrant at 3342 Anita Street, Columbus, Ohio 43224. Shortly after the execution of the search warrant, MENDEZ-Peraza was interviewed by ICE Officers. MENDEZ-Peraza freely admitted to being a citizen of El Salvador illegally present in the United States. At this time, MENDEZ-Peraza was placed under administrative arrest, as an inadmissible alien per Section 212(a)(6)(A)(i) of the Immigration and Nationality Act. It was determined after a verification of fingerprints that MENDEZ-Peraza had previously been ordered removed and later physically removed from the United States, making him amenable to Section 241(a)(5) of the Immigration and Nationality Act as a previously removed alien. MENDEZ-Peraza is subject to prosecution for illegal re-entry, being found in the United States after being banned for a period of ten (10) years.

9. MENDEZ-Peraza has a large tattoo on his stomach reading "MS" and another tattoo on the inside of his right arm, also reading "MS," indicating membership in MS-13. These tattoos were discovered and photographed with consent from MENDEZ-Peraza as part of the standard post-arrest process.

10. Biometrics and records checks confirmed that MENDEZ-Peraza did not receive permission from the Attorney General of the United States, or the Secretary of the United States Department of Homeland Security for this re-entry into the United States.

Your Affiant submits that the foregoing facts establish probable cause that Jose MENDEZ-Peraza, a/k/a Juan Matias, a/k/a Shadow, has committed a violation of 8 U.S.C. § 1326(a), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the U.S. while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the U.S.; and (3) did not have consent from the Attorney General to reapply for admission to the U.S. prior to either his re-embarkation at a place outside the U.S. or his application for admission from a foreign contiguous territory.

Matthew J. Salmon
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 18th day of August 2017.

HONORABLE ELIZABETH PRESTON DEAVERS
United States Magistrate Judge